| | |
|---|---|
| 1 | WILLIAM J. FRIMEL (Bar No. 160287) |
| 2 | Seubert Frimel & Warner LLP |
|   | 1075 Curtis Street |
| 3 | Menlo Park, CA  94025 |
|   | Tel:  650.322.3048 |
| 4 | Fax:  650.833.2976 |
|   | bill@sffwlaw.com |
| 5 | |
| 6 | Attorneys for Defendant |
|   | CAPITAL ASSET EXCHANGE & TRADING LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOBEST SEMICONDUCTOR TECHNOLOGY (SUZHOU) CO., LTD., a Chinese company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ASSET EXCHANGE & TRADING LLC, a California limited liability company,<br><br>　　　　　Defendant. | Case No. 5:24-cv-09045-NC<br><br>***MODIFIED* ORDER CONTINUING HEARING AND BRIEFING DATES RELATING TO MOTION TO STAY**<br><br>Current Hearing Date:  July 17, 2025<br>Hearing Time:  11:00 am<br>Courtroom:  5<br>Judge:  Hon. Nathanael M. Cousins |

STIPULATION TO CONTINUE HEARING AND BRIEFING DATES RELATING TO MOTION TO STAY

**ORDER CONTINUING HEARING AND BRIEFING DATES**

WHEREAS, Defendant Capital Asset Exchange & Trading LLC ("CAET")'s motion to stay this action pending the determination of CAET's request for a license from the Office of Foreign Assets Control (Dkt. No. 30) (the "Motion") is currently set for a hearing on July 17, 2025, Plaintiff Dobest Semiconductor Technology (Suzhou) Co., Ltd. ("Dobest")'s response to the Motion is currently due on June 2, 2025, and CAET's reply in support of the Motion is currently due on June 9, 2025;

WHEREAS, the parties have agreed that Dobest may take a Fed. R. Civ. P. 30(b)(6) deposition of CAET on July 10, 2025, and that the papers regarding the Motion should not be fully submitted until after the deposition;

WHEREAS, the parties have therefore agreed to the following schedule:

1. The hearing on the Motion shall be continued to August 14, 2025;
2. Dobest's response to the Motion shall be due on July 17, 2025; and
3. CAET's reply in support of the Motion shall be due on July 31, 2025.

NOW, THEREFORE, good cause appearing, the Court hereby ORDERS as follows:

1. The hearing on the Motion shall be continued to **August 13, 2025**;
2. Dobest's response to the Motion shall be due on July 17, 2025; and
3. CAET's reply in support of the Motion shall be due on July 31, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 2, 2025

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge



GRANTED
Judge Nathanael M. Cousins

ORDER CONTINUING HEARING AND BRIEFING DATES RELATING TO MOTION TO STAY